UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Backenbauer Espinoza Pardave

v.                                          Case No. 25-cv-342-PB-TSM

FCI Berlin, Warden, et al.


JUDGMENT


In accordance with the Endorsed Order by Judge Paul Barbadoro dated October 2, 2025, judgment is hereby entered.


By the Court:


_/s/Karen Gorham_____
Karen Gorham
Chief Deputy Clerk


Date: October 9, 2025

cc: Counsel of Record